# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITFIELD, | CASE NO. 1:11-cv-01130-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 5) |
| ELLEN GREENMAN, M.D., et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Michael Whitfield, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2011.  On July 18, 2011, Plaintiff filed a motion requesting that the Court refrain from striking the exhibits attached to his complaint.

Plaintiff apparently misunderstands the admonition in the First Informational Order that the Court cannot serve as a repository for evidence, an admonition intended to caution litigants against submitting exhibits in isolation and/or at times where evidence may not properly be considered.  It is, however, permissible to attach exhibits to a pleading and incorporate them by reference, as Plaintiff did. Fed. R. Civ. P. 10(c).  Accordingly, Plaintiff's motion is unnecessary and it is therefore DENIED.

IT IS SO ORDERED.

**Dated:    September 27, 2011**          _____/s/ Sheila K. Oberto_____
                                    UNITED STATES MAGISTRATE JUDGE

1