# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN GREENMAN, M.D., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-01130-SKO PC<br><br>ORDER DENYING MOTION TO AMEND TO ADD A PARTY WITHOUT FILING AN AMENDED COMPLAINT COMPLETE WITHIN ITSELF<br><br>(Docs. 9 and 10) |

      Plaintiff Michael Whitfield, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2011.  On September 21, 2011, Plaintiff filed two related motions seeking leave to add G. Salcedo as a defendant without having to file an amended complaint that is complete within itself.

      Plaintiff may not amend in a piecemeal manner.  He is required to submit an amended complaint that is complete within itself without reference to the earlier pleading.  Local Rule 220; Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).  In a separate order issued concurrently with this order, the Court screened Plaintiff's complaint and dismissed it, with leave to amend, for failure to state a claim.  Therefore, in amending in compliance with the screening order, Plaintiff has the opportunity to add G. Salcedo as a party.

///
///
///
///

1   For these reasons, Plaintiff's motion to amend to add G. Salcedo as a party without filing an
2 amended complaint that is complete within itself is HEREBY DENIED.

4 IT IS SO ORDERED.

5 **Dated:    September 27, 2011**                          /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE